# OSBORN LAW P.C.

Daniel A. Osborn, Esq.  
Lindsay M. Trust, Esq.

dosborn@osbornlawpc.com  
ltrust@osbornlawpc.com

---

**MEMO ENDORSEMENT**

The parties' extension request is GRANTED.

SO ORDERED.

Dated: January 16, 2025  
New York, New York

*Henry J. Ricardo*  
United States Magistrate Judge

---

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 1/16/2025

---

**VIA ECF**

Honorable Henry J. Ricardo  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

Re: *Williams v. Commissioner of Social Security*  
Civil Action No. 1:24-cv-07906-ER-HJR

Dear Judge Ricardo,

We write on behalf of our client, Aukima Nyree Williams, with the consent of the defense, to request an extension to file her motion for judgment on the pleadings which is currently due on January 18, 2025, per the Court's October 18, 2024 Standing Scheduling Order. This is the parties' first request for an extension. The Plaintiff requests this extension due to a heavy caseload in the following weeks.

After conferring with the defendant, the parties have agreed to the following amended schedule, subject to the Court's approval:

- Plaintiff to file her motion for judgment on the pleadings on or before: **April 18, 2025;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **July 17, 2025**; and

- Plaintiff to file her reply, if any, on or before: **July 31, 2025.**

---

43 West 43rd Street, Suite 131   Telephone 212-725-9800   osbornlawpc.com  
New York, New York 10036   Facsimile  212-500-5115   info@osbornlawpc.com

Honorable Henry J. Ricardo
January 14, 2025
Page Two

Thank you for your consideration of this request.

                Respectfully submitted,

                s/Daniel A. Osborn
                Daniel A. Osborn
                OSBORN LAW, P.C.
                43 West 43rd Street, Suite 131
                New York, New York 10036
                Telephone:    212-725-9800
                Facsimile:     212-500-5115
                dosborn@osbornlawpc.com

cc: Heetano Shamsoondar, Esq. (by ECF)