**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
AUKIMA NYREE WILLIAMS,

                          Plaintiff,

             -against-                                        24 **CIVIL** 7906 (ER)(GRJ)

                                                   **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
-----------------------------------------------------------------X

         It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated October 2, 2025, Williams' motion for judgment on the pleadings is GRANTED, in part, and this case is remanded for further administrative proceedings.

**Dated:**  New York, New York

      October 6, 2025

                                          **TAMMI M. HELLWIG**
                                  _____
                                       **Clerk of Court**

                **BY:**          *K. mango*
                                    _____
                                       **Deputy Clerk**