UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AUKIMA NYREE WILLIAMS,

                Plaintiff,

    – against –

COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.

**ORDER**

24-cv-07906 (ER) (GRJ)

RAMOS, D.J.:

    Aukima Nyree Williams brought this action pursuant to 42 U.S.C. §§ 405(g) and 1383(c)(3), challenging the decision of the Commissioner of Social Security (the "Commissioner") denying her applications for disability insurance benefits and supplemental security income benefits. Doc. 1.

    Williams moved for judgment on the pleadings on April 30, 2025. Doc. 13, 14. Magistrate Judge Jones issued a Report and Recommendation on August 16, 2025, recommending that Williams's motion be granted, in part, and this action be remanded for further administrative proceedings. Doc. 17 at 1–2. Specifically, Magistrate Judge Jones recommended remanding this action "for further development of the record and an assessment of [Williams's] ability to meet the mental demands of basic work activity based on an adequate record." *Id.* at 20. The Court adopted Magistrate Judge Jones's recommendations on October 2, 2025. Doc. 18.

    Williams moved for attorneys' fees on December 29, 2025. Doc. 21. The Commissioner is directed to respond to the motion by January 20, 2026.

    It is SO ORDERED.

Dated:    December 30, 2025
          New York, New York

                                  EDGARDO RAMOS, U.S.D.J.